_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 03, 2015

___

COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
(702) 678-1999
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

FRANCISCO ANTONIO MONGE
MORENA DEL CARMEN PINEDA DE MONGE

Debtors.

BK-S-15-13216-btb
Chapter 13
Trustee: Rick A. Yarnall

HEARING DATE: 07/20/2015
HEARING TIME: 3:00 P.M.

**ORDER RE: MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF OCWEN LOAN SERVICING, LLC., PURSUANT TO 11 U.S.C §506(a)**

THIS MATTER having come on for hearing this 20th day of July, 2015, the Honorable Judge Bruce T. Beesley, presiding, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, ESQ. having appeared on behalf of the Debtors and based upon the papers and pleadings on file herein;

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1  **IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that the Motion to Value Collateral is granted.

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that the subject property located at: 2532 Harewood Ave., N. Las Vegas, NV 89030 is hereby valued at $75,000.00.

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that upon completion of Plan, Ocwen Loan Servicing, LLC. will reconvey the deed of trust to the Debtors, FRANCISCO ANTONIO MONGE and MORENA DEL CARMEN PINEDA DE MONGE.

DATED this 20th day of July, 2015.

Submitted by:

/s/ COREY B. BECK ESQ.
COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South 6th Street
Las Vegas, NV 89101
(702) 678-1999

\*   \*   \*   \*

\*   \*   \*

\*   \*

\*

**COMPLIANCE WITH LR 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

 X  No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 29th day of July, 2015.

                              /s/ DOUG ANDERSON
                              An employee of The Law Office of
                              Corey B. Beck, Esq.

                              ###